# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Yvonne C. Richards | ) | JUDGMENT IN CASE |
| Natasha P. Richards**,** | ) | |
| Plaintiff(s), | ) | 3:15-cv-00626-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Does 1-100 | ) | |
| Cunningham & Company | | |
| Citimortgage | | |
| Wells Fargo Bank | | |
| Joseph Yanni | | |
| Government National Mortgage Association | | |
| John Haleem | | |
| Ginnie Mae | | |
| Mortgage Electronic Registration System, Inc.**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 3, 2016 Order.

March 3, 2016

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court